```
LAW OFFICES
DAVID M. STURMAN, A.P.C.
16530 VENTURA BOULEVARD, SUITE 306
ENCINO, CA 91436
Tel: (818) 907-0777    Fax: (818) 907-0039
STATE BAR NO: 89393
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIKTORIYA PENKOVA<br><br>   PLAINTIFF,<br><br>vs.<br><br>DAVID N. STILL, DISTRICT DIRECTOR FOR THE CITIZENSHIP AND IMMIGRATION SERVICE, SAN FRANCISCO DISTRICT OFFICE, CITIZENSHIP AND IMMIGRATION SERVICES.<br><br>   DEFENDANT. | <u>C06-0806 TEH</u><br><br><u>JOINT REQUEST TO DISMISS COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS TO COMPEL ADMINISTRATIVE ACTION; ORDER</u> GRANTING <u>THEREON</u><br><br>(Rule 41 (a) (1))<br><br>Federal Rules of Civil Procedure |

   The Plaintiff, Viktoriya Penkova, ("Plaintiff") and the Defendant, David N. Still, District Director for the Citizenship and Immigration Service, San Francisco District Office "Defendant"), all through counsel – hereby stipulate to dismiss the case, without prejudice, with each party to bear it own costs and fees.

   The Plaintiff and the Defendant hereby through their counsel submit this dismissal to the Court for its approval.

Furthermore the Plaintiff and the Defendant hereby request the Court to vacate the June 19, 2006 hearing on Defendant's Motion to Dismiss.

///

///

1  ///

3  DATED: _____        LAW OFFICES OF DAVID M. STURMAN
4                          A PROFESSIONAL CORPORATION

6                          By: _____
                               DAVID M. STURMAN,
7                              Attorney for Plaintiff

11 DATED: _____        By: _____
                               Ila Diess, U.S. ATTORNEY
12                             Attorney for Defendant

1
2  LAW OFFICES
   DAVID M. STURMAN, A.P.C.
3  16530 VENTURA BOULEVARD, SUITE 306
   ENCINO, CA 91436
4  Tel: (818) 907-0777   Fax: (818) 907-8471
   STATE BAR NO: 89393
5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VIKTORIYA PENKOVA ) | C06-0806 TEH |
|     PLAINTIFF, ) | |
| vs. ) | |
| DAVID N. STILL, DISTRICT DIRECTOR FOR ) THE CITIZENSHIP AND IMMIGRATION ) SERVICE, SAN FRANCISCO DISTRICT ) OFFICE, CITIZENSHIP AND IMMIGRATION ) SERVICES. ) | **ORDER** |
|     DEFENDANT. ) | |

Based upon completion of administrative processing of foregoing case, the complaint in this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED:   June 6, 2006

_____
UNITED STATES DISTRICT JUDGE